THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICH HALLMAN, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 10, inclusive<br><br>Defendant. | NO. 2:18-cv-01190 JLR<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND THE ANSWER DEADLINE<br><br>**NOTING DATE: SEPTEMBER 25, 2018** |

## **STIPULATION**

The undersigned parties hereby stipulate to extend the deadline for Defendant to file its responsive pleading, to November 12, 2018, without waiver of any defenses, including but not limited to those set forth in Rule 12.

Dated: September 25, 2018

By: *s/ Catharine M. Morisset*
Catharine M. Morisset, WSBA #29682
FISHER & PHILLIPS LLP
1201 Third Avenue, Suite 2750
Seattle, WA 98101
Phone: (206) 682-2308
cmorisset@fisherphillips.com
*Attorneys for Defendant*

By: *s/ Joshua H. Haffner (with email permission)*
Joshua H. Haffner, WSBA #53292)
HAFFNER LAW PC
445 South Figueroa Street, Suite 2325
Los Angeles, CA 90071
Phone: 213-514-5681
Fax: 213-514-5682
Email: jhh@haffnerlawyers.com
*Attorneys for Plaintiff*

STIPULATION AND PROPOSED ORDER TO EXTEND
THE ANSWER DEADLINE (18-1190) - Page 1

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FPDOCS 34519511.1

## ORDER

Based on the foregoing Stipulation, it is hereby ORDERED that Defendant's deadline to file a responsive pleading is extended to November 12, 2018

Entered this 26th day of September, 2018.

_____
THE HONORABLE JAMES L. ROBART

STIPULATION AND PROPOSED ORDER TO EXTEND
THE ANSWER DEADLINE (18-1190) - Page 2

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FPDOCS 34519511.1

# CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused to be served a true and correct copy of same by the method indicated below and addressed as follows:

Joshua H. Haffner, WSBA #53292
Graham G. Lambert (*admitted Pro Hac Vice*)
HAFFNER LAW PC
445 South Figueroa Street, Suite 2325
Los Angeles, CA 90071
Phone: 213-514-5681
Fax: 213-514-5682
Email: jhh@haffnerlawyers.com
gl@haffnerlawyers.com

*Attorneys for Plaintiff*

Paul D. Stevens (*admitted Pro Hac Vice*)
STEVENS, LC
700 S. Flower Street, Suite 660
Los Angeles, CA 90071
Phone: 213-270-1211
Fax: 213-270-1223
Email: pstevens@stevenslc.com

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 25, 2018, in accordance with 28 USC 1746.

_____
Jazmine Matautia

STIPULATION AND PROPOSED ORDER TO EXTEND
THE ANSWER DEADLINE (18-1190) - Page 3

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FPDOCS 34519511.1