THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICH HALLMAN, an individual, on behalf of himself and all others similarly situated,<br><br>. Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 10, inclusive<br><br>Defendant. | NO. 2:18-cv-01190 JLR<br><br>AMENDED JOINT MOTION STIPULATING TO STAY OF THE ACTION PENDING THE OUTCOME OF THE NINTH CIRCUIT APPEAL IN *IBARRA*<br><br>**NOTING DATE:**<br>**March 15, 2019** |

## STIPULATION

1.      The undersigned parties hereby stipulate to stay this action, including all deadlines for discovery, briefing related to class certification and trial, until a final ruling is obtained in the action *Ibarra v. Wells Fargo Bank*, N.A., United States Court of Appeals for the Ninth Circuit, Court of Appeals Docket No. 18-55626, docketed May 16, 2018.   In support thereof, the parties jointly state the following:

2.      Plaintiff's Counsel here are also Class counsel in another case against Defendant in *Ibarra v. Wells Fargo Bank, N.A.*, United States District Court, Central District California, CV 17-4344 PA (ASX)("*Ibarra*").   In that case, the parties stipulated to certification of a class of California Home Mortgage Consultants ("HMCs") for purposes of resolving rest break

AMENDED JOINT MOTION STIPULATING TO STAY
OF THE ACTION PENDING THE OUTCOME OF THE
NINTH CIRCUIT APPEAL IN IBARRA (18-1190) - Page
1

1  claims arising under California law. The district court entered summary judgment in favor of

2  the class in April 2018.

3  3. Defendant, represented by undersigned counsel, has appealed the judgement in *Ibarra*

4  in *Jacqueline Ibarra v. Wells Fargo Bank*, N.A., United States Court of Appeals for the Ninth

5  Circuit, Court of Appeals Docket No. 18-55626, docketed May 16, 2018 ("*Ibarra Appeal*").

6  4. Like *Ibarra*, this case involves compensation plans for Wells Fargo HMCs. As in

7  *Ibarra*, Plaintiff seeks to represent a class of HMCs and challenges Wells Fargo's rest break

8  practices for HMCs.

9  5. A decision in the *Ibarra Appeal* is not expected until late 2019 or early 2020.

10  Counsel for Plaintiff believes that the outcome of the Ninth Circuit appeal in *Ibarra* may have

11  substantial impact on this litigation. The parties have met and conferred and agree that, in

12  light of Plaintiff's position, good cause exists for a stay of all deadlines pursuant to Local

13  Rule 16(b)(5). In particular, a stay of all deadlines pending the outcome of the Ninth Circuit

14  appeal in *Ibarra* will conserve party and judicial resources without causing anyone unfair

15  prejudice if this action is stayed until the *Ibarra* appeal in the Ninth Circuit is resolved.

16  6. Plaintiff Rich Hallman, who is represented by the same counsel as *Ibarra* agrees with

17  the terms of this stipulation and wishes to have it go into effect.

18  7. Defendant Wells Fargo reserves all rights and defenses.

19

20  Dated: March 15, 2019

21  By: *s/ Amanda C. Machin (with email*          By: *s/ Joshua H. Haffner*
                                                    Joshua H. Haffner, WSBA #53292
22  *permission)*                                   HAFFNER LAW PC
    Catharine M. Morisset, WSBA #29682             *Attorneys for Plaintiff*
23  FISHER & PHILLIPS LLP

24
    Theane Evangelis*
25  Katherine V.A. Smith*
    Amanda C. Machin*
26  GIBSON, DUNN & CRUTCHER LLP

AMENDED JOINT MOTION STIPULATING TO STAY
OF THE ACTION PENDING THE OUTCOME OF THE
NINTH CIRCUIT APPEAL IN IBARRA (18-1190) - Page
2

1  *Attorneys for Defendant*
2  *\*Admitted pro hac vice*
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

AMENDED JOINT MOTION STIPULATING TO STAY
OF THE ACTION PENDING THE OUTCOME OF THE
NINTH CIRCUIT APPEAL IN IBARRA (18-1190) - Page
3

1                                  **~~[PROPOSED]~~ ORDER**

2         Based on the foregoing Stipulation, it is hereby ORDERED as follows:

3  1.     All deadlines for discovery, briefing related to class certification and trial are stayed

4  until a final ruling is obtained in the action *Ibarra v. Wells Fargo Bank*, N.A., United States

5  Court of Appeals for the Ninth Circuit, Court of Appeals Docket No. 18-55626, docketed

6  May 16, 2018.

7  2.     All deadlines for discovery and briefing related to class certification are further

8  extended 60 days as to the computation of time from the date of the stay.

9         Entered this 18th day of March, 2019.

10

11                             THE HONORABLE JAMES L. ROBART

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AMENDED JOINT MOTION STIPULATING TO STAY
OF THE ACTION PENDING THE OUTCOME OF THE
NINTH CIRCUIT APPEAL IN IBARRA (18-1190) - Page
4

**CERTIFICATE OF SERVICE**

1

2       I hereby certify that on the date below written, I electronically filed the foregoing with

3   the Clerk of the Court using the CM/ECF system and caused to be served a true and correct

4   copy of same by the method indicated below and addressed as follows:

5

6   Joshua H. Haffner, WSBA #53292
    Graham G. Lambert (*admitted Pro Hac Vice*)
7   HAFFNER LAW PC
    445 South Figueroa Street, Suite 2325
    Los Angeles, CA 90071
8   Phone: 213-514-5681
    Fax: 213-514-5682
9   Email: jhh@haffnerlawyers.com
              gl@haffnerlawyers.com
10
    *Attorneys for Plaintiff*
11
    Paul D. Stevens (*admitted Pro Hac Vice*)
12  STEVENS, LC
    700 S. Flower Street, Suite 660
13  Los Angeles, CA 90071
    Phone: 213-270-1211
14  Fax: 213-270-1223
    Email:  pstevens@stevenslc.com

15
    *Attorneys for Plaintiff*
16

17      I declare under penalty of perjury under the laws of the United States of America that

18  the foregoing is true and correct.  Executed on March 15, 2019, in accordance with 28 USC

19  1746.

20                              /s/ Joshua H. Haffner
                                Joshua H. Haffner
21

22

23

24

25

26

AMENDED JOINT MOTION STIPULATING TO STAY
OF THE ACTION PENDING THE OUTCOME OF THE
NINTH CIRCUIT APPEAL IN IBARRA (18-1190) - Page
5