UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICH HALLMAN,<br><br>               Plaintiff,<br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>               Defendant. | CASE NO. C18-1190JLR<br><br>ORDER LIFTING STAY AND DIRECTING THE PARTIES TO FILE A JOINT STATUS REPORT |

On June 15, 2020, Plaintiff Rich Hallman filed a notice that the Ninth Circuit had reached a judgement and issued a mandate in the case of *Ibarra v. Wells Fargo Bank, N.A.*, Case No. 18-55626. Accordingly, the court hereby lifts the stay it imposed in this matter on March 18, 2019. (*See* 3/18/19 Order (Dkt. # 30).) The court further ORDERS the parties to file a joint status report within seven (7) days of the filing date of this order detailing any remaining or outstanding class discovery, the date by which the parties can complete class discovery, the date by which Plaintiff Rich Hallman will be ready to file

//

ORDER - 1

his motion for class certification, and any other matters that require the court's attention in light of Mr. Hallman's notice and the Ninth Circuit's ruling.

Dated this 16th day of June, 2020.

JAMES L. ROBART
United States District Judge