UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICH HALLMAN,<br><br>       Plaintiff,<br>   v.<br><br>WELLS FARGO BANK, NA, et al.,<br><br>       Defendants. | CASE NO. C18-1190JLR<br><br>ORDER ON THE PARTIES' JOINT STATUS REPORT |

On June 15, 2020, Plaintiff Rich Hallman filed a notice that the Ninth Circuit had reached a judgment and issued a mandate in the case of *Ibarra v. Wells Fargo Bank, N.A.*, Case No. 18-55626.  (Notice (Dkt. # 32).)  Accordingly, the court lifted the stay it imposed in this matter on March 18, 2019, and directed the parties to file a joint status report.  (*See* 3/18/19 Order (Dkt. # 33); *see also* Stay Order (Dkt. # 30).)  In their June 23, 2020, joint status report, the parties represent that they are currently negotiating a plan for the global mediation of this case and two other similar cases in federal district court in California involving Wells Fargo mortgage broker wage and hour class actions.  (JSR

ORDER - 1

(Dkt. # 34) at 1.) The parties ask for 45 more days to file an additional joint status report "so that the Parties may finalize and inform the [c]ourt of their plan." (*Id.*)

Based on the foregoing representations, the court GRANTS the parties' request and ORDERS the parties to file an additional joint status report within 45 days of the filing date of this order, which details the parties' plan for a global mediation. In addition, the parties shall detail any remaining or outstanding class discovery, the date by which the parties can complete class discovery, the date by which Plaintiff Rich Hallman will be ready to file his motion for class certification, and any other matters that require the court's attention. The court intends to set a schedule for the class certification motion whether the parties engage in a global mediation or not.

Dated this 25th day of June, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2