# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICH HALLMAN, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C18-1190JLR |

― **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiffs' unopposed motion for final approval of the class action settlement (Dkt. # 42) is GRANTED.  (*See* 6/10/21 Order (Dkt. # 48).)  This action is DISMISSED with prejudice.

Filed this 10th day of June, 2021.

　　　　　　　　　　　　　　　　　　WILLIAM M. MCCOOL
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/ Ashleigh Drecktrah
　　　　　　　　　　　　　　　　　　Deputy Clerk